UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY COLLINS-BEY,

    Plaintiff,

v.

DONALD A. HULICK, *et al.*,

    Defendants.

Case No. 09-cv-921-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendation ("R & R") (Doc. 26) of May 2, 2011, wherein it is recommended that Defendants Hulick and Spiller's Motion for Summary Judgment (Doc. 21) be denied. Defendants did not object to the R & R.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*

The Court must review *de novo* the portions of the report to which specific written objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Accordingly, because Hulick and Spiller failed to object, the Court will be reviewing Judge Frazier's R & R for clear error, instead of applying a *de novo* standard of review.

The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.

Accordingly, the Court hereby **ADOPTS** the R & R (Doc.26) **in its entirety**, whereby the Court **DENIES** Defendants Hulick and Spiller's Motion for Summary Judgment (Doc. 21).

**IT IS SO ORDERED**
**DATED: May 27, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**