IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY COLLINS-BEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DONALD A. HULICK, WILLIAM P. SPILLER, I, JERRY W. GOFORTH, TRACY K. LEE, SHERRY BENTON and ROGER E. WALKER, JR.,<br><br>　　　　Defendants. | Case No. 09-cv-921-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Donald A. Hulick, William P. Spiller, I, Jerry W. Goforth, Tracy K. Lee, Sherry Benton, and Roger E. Walker, Jr., and against plaintiff Gregory Collins-Bey.

　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. ROSENSTENGEL

**DATED:**　September 19, 2012　　　　　　　　by:s/Deborah Agans, Deputy Clerk

Approved:　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**